RICHARD T. BOWLES (# 46234)
BRADLEY R. BOWLES (# 202722)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
       bbowles@bowlesverna.com

Attorneys for Plaintiffs
DATA MARK, INC. dba DELTATRAK
TECHNOLOGIES, a California corporation,
FREDERICK L. WU, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, a California corporation; FREDERICK L. WU, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BRAIN TUNNELGENIX TECHNOLOGIES CORP. f/k/a ETERLINK INTERNATIONAL CORPORATION, a Delaware corporation; MARCIO AURELIO MARTINS ABREU a/k/a M. MARC ABREU, M.D., an individual; JOSEPH ROGER TITONE, an individual; TITRONICS RESEARCH & DEVELOPMENT CO., INC., an Iowa corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: 3:C10-CV-04958-JSW <br><br> [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Judge: Hon. Jeffrey S. White |

In response to the joint stipulation and request for continuance filed on February 22, 2011 by plaintiffs Data Mark, Inc. dba DeltaTrak Technologies, a California corporation, and Frederick L. Wu, an individual, (collectively, "Plaintiffs"), and defendants Brain Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, a Delaware corporation, Marcio Aurelio Martins Abreu a/k/a M. Marc Abreu, M.D., an individual, Joseph Roger Titone, an individual, Titronics Research & Development Co., Inc., an Iowa corporation (collectively, "Defendants"), and good cause having been

1  shown, the Court hereby resets the Case Management Conference previously scheduled for March 4,
2  2011 at 9:00 a.m. to ___May 6___, 2011, at ~~9:00 a.m.~~ 1:30p.m., in Courtroom 11 of this Court.
3      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5  Dated: ___February 23___, 2011

6                                              /s/ Jeffrey S. White

7                              Honorable Jeffery S. White

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE