RICHARD T. BOWLES (# 46234)
BRADLEY R. BOWLES (# 202722)
MICHAEL P. CONNOLLY (# 238478)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com
       bbowles@bowlesverna.com

Attorneys for Plaintiffs
DATA MARK, INC. dba DELTATRAK
TECHNOLOGIES, a California corporation,
FREDERICK L. WU, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, a California corporation; FREDERICK L. WU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRAIN TUNNELGENIX TECHNOLOGIES CORP. f/k/a ETERLINK INTERNATIONAL CORPORATION, a Delaware corporation; MARCIO AURELIO MARTINS ABREU a/k/a M. MARC ABREU, M.D., an individual; JOSEPH ROGER TITONE, an individual; TITRONICS RESEARCH & DEVELOPMENT CO., INC., an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 3:C10-CV-04958-JSW**<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS FILED BY DEFENDANTS**<br><br>Action Filed: November 2, 2010<br>Trial Date: Not Set |

///

///

///

///

///

///

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1

Case No. CV-04958-JSW

[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS FILED BY DEFENDANTS

1  In response to the joint stipulation and request for continuance filed on March 10, 2011 by
2  plaintiffs Data Mark, Inc. dba DeltaTrak Technologies, a California corporation, and Frederick L. Wu,
3  an individual, (collectively, "Plaintiffs"), and defendants Brain Tunnelgenix Technologies Corp. f/k/a
4  Eterlink International Corporation, a Delaware corporation, Marcio Aurelio Martins Abreu a/k/a M.
5  Marc Abreu, M.D., an individual, Joseph Roger Titone, an individual, Titronics Research &
6  Development Co., Inc., an Iowa corporation (collectively, "Defendants"), and good cause having been
7  shown, the hearing on the Defendants' Motions to Dismiss is continued from the previously scheduled
8  date of April 1, 2011 at 9:00 a.m. to **April 15, 2011**, at 9:00 a.m., in Courtroom 11 of this Court, with
9  all dates for opposition and reply papers calendared from the latter date per local rules.

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

12  Dated: March 11, 2011                   By:  _____
13                                                Hon. Jeffrey S. White
14                                                United States District Court
                                                  Northern District of California

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                      Case No. CV-04958-JSW
[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTIONS TO DISMISS FILED BY DEFENDANTS