IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DATA MARK, INC., ET AL.,

    Plaintiffs,

v.

BRAIN TUNNELGENIX TECHNOLOGIES CORP., ET AL.,

    Defendants.

No. C 10-04958 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS**

    The motions to dismiss filed by Defendants are currently set for hearing on April 15, 2011, at 9:00 a.m. The matters are fully briefed and ripe for decision. The Court finds that the matters are appropriate for disposition without oral argument and are deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 15, 2011 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: April 14, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE