1  RICHARD T. BOWLES (# 46234)
   BRADLEY R. BOWLES (# 202722)
2  MICHAEL P. CONNOLLY (# 238478)
   BOWLES & VERNA LLP
3  2121 N. California Boulevard, Suite 875
   Walnut Creek, California 94596
4  Telephone: (925) 935-3300
   Facsimile: (925) 935-0371
5  Email: rbowles@bowlesverna.com
          bbowles@bowlesverna.com
6
   Attorneys for Plaintiffs
7  DATA MARK, INC. dba DELTATRAK
   TECHNOLOGIES, a California corporation,
8  FREDERICK L. WU, an individual

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12

|  | |
|---|---|
| 13 DATA MARK, INC. dba DELTATRAK<br>TECHNOLOGIES, a California corporation;<br>14 FREDERICK L. WU, an individual,<br><br>15          Plaintiffs,<br><br>16     vs.<br><br>17 BRAIN TUNNELGENIX TECHNOLOGIES<br>CORP. f/k/a ETERLINK INTERNATIONAL<br>18 CORPORATION, a Delaware corporation;<br>MARCIO AURELIO MARTINS ABREU a/k/a M.<br>19 MARC ABREU, M.D., an individual; JOSEPH<br>ROGER TITONE, an individual; TITRONICS<br>20 RESEARCH & DEVELOPMENT CO., INC., an<br>Iowa corporation; and DOES 1 through 100,<br>21 inclusive,<br><br>22          Defendants. | CASE NO.:  3:C10-CV-04958-JSW<br><br>**JOINT STIPULATION AND REQUEST TO<br>CONTINUE INITIAL CASE<br>MANAGEMENT CONFERENCE UNTIL<br>AFTER MAY 17, 2011 MEDIATION;<br>~~[PROPOSED]~~ ORDER**<br><br>Dept.: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Action Filed: November 2, 2010<br>Trial Date: Not Set |

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1                                              CASE NO.: 3:C10-CV-04958-JSW

1    Pursuant to Northern District Local Rule 16-2(d) and (e) and Rule 7-12, plaintiffs Data Mark,

2  Inc. dba DeltaTrak Technologies and Frederick L. Wu (collectively, "Plaintiffs") and defendants Brain

3  Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, Marcio Aurelio Martins

4  Abreu a/k/a M. Marc Abreu, M.D., Joseph Roger Titone, and Titronics Research & Development Co.,

5  Inc. (collectively, "Defendants"), by and through their counsel of record, stipulate as follows:

6                                              **RECITALS**

7    The parties have met and conferred pursuant to ADR L.R. 3-5(a) and have agreed to mediate

8  their dispute before a private mediator.  Specifically, the parties have agreed to a mediation to take

9  place on May 17, 2011 before the Hon. Beverly Hodgson (Ret.), in New Haven, Connecticut.

10    On April 14, 2011, Plaintiffs filed their ADR Certification as required under ADR L.R. 3-5(b).

11    On April 14, 2011, Defendants filed their ADR Certification as required under ADR L.R. 3-

12  5(b).

13    On April 15, 2011, the parties filed a Stipulation and (Proposed) Order Selecting ADR Process,

14  whereby they agreed to mediate their dispute before a private mediator.

15    On February 22, 2011, Defendants filed motions to dismiss the First Amended Complaint

16  pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) and, in the alternative, to transfer

17  venue to the U.S. District Court for the District of Connecticut.  On April 14, 2011, this Court issued an

18  Order vacating the April 15, 2011 motion hearing date and found that these motions are appropriate for

19  disposition without oral argument.  As of the time of this Stipulation, no decision on these jurisdictional

20  motions has been entered by the Court.

21    The initial case management conference in this matter is presently set to take place on May 6,

22  2011 at 1:30 p.m.

23    The parties have agreed that formal discovery is not necessary in advance of the mediation

24  scheduled for May 17, 2011.  Further, pending the Court's approval, in the interest of saving time,

25  expense and the Court's resources, the parties believe that a brief continuance of the initial case

26  management conference and associated deadlines, including Rule 26(a) and (f) disclosures and

27  conferences, would be beneficial to the parties' efforts to mediate this matter on May 17, 2011 in New

28  Haven, Connecticut and is also prudent given the pending jurisdictional motions before this Court.

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                    CASE NO.:  3:C10-CV-04958-JSW
JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE UNTIL AFTER MAY 17, 2011 MEDIATION; [PROPOSED] ORDER

1        Plaintiffs and Defendants therefore respectfully request that the Court grant a continuance of the

2   May 6, 2011 Case Management Conference to July 15, 2011 or any date thereafter that is convenient

3   for the Court's calendar, by signing the Proposed Order filed herewith.

4        Lead counsel for Defendants, Andres Quintana, Esq., is presently set for jury trials beginning

5   June 7, 13, and 28. Lead counsel for Plaintiffs, Bradley Bowles, Esq., is set for trial on June 24. Thus,

6   the parties respectfully request the July 15, 2011 date for the Case Management Conference.

7   **STIPULATION**

8        Based on the foregoing Recitals, Plaintiffs and Defendants agree and stipulate as follows:

9        1.     The initial case management conference presently scheduled for May 6, 2011 at 1:30

10  p.m. shall be continued to July 15, 2011 at 1:30 p.m. or any convenient date thereafter;

11       2.     The parties shall submit a joint case management statement 5 days in advance of the date

12  of the further case management conference; and

13       3.     All deadlines related to the initial case management conference date, including Rule

14  26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case

15  management conference date set by the Court.

16       IT SO STIPULATED.

17  Dated: April 15, 2011               BOWLES & VERNA LLP

18

19

20                         By:   /s/ Michael P. Connolly

                             RICHARD T. BOWLES

21                             BRADLEY R. BOWLES

                           MICHAEL P. CONNOLLY

22                             Attorneys for Plaintiffs

                           DATA MARK, INC. dba DELTATRAK

23                             TECHNOLOGIES, a California

                           corporation,

24                             FREDERICK L. WU, an individual

25

26

27

28

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

CASE NO.: 3:C10-CV-04958-JSW

JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE UNTIL AFTER MAY 17, 2011 MEDIATION; [PROPOSED] ORDER

1    Dated:  April 15, 2011                         QUINTANA LAW GROUP, APC

2

3                                                   By:    /s/ Andres Quintana
                                                           ANDRES QUINTANA
4                                                          JOHN HOUKOM
                                                           Attorneys for Defendants
5                                                          BRAIN TUNNELGENIX
                                                           TECHNOLOGIES CORP. f/k/a
6                                                          ETERLINK INTERNATIONAL
                                                           CORPORATION, a Delaware
7                                                          corporation; MARCIO AURELIO
                                                           MARTINS ABREU a/k/a M. MARC
8                                                          ABREU, M.D., an individual; JOSEPH
                                                           ROGER TITONE, an individual;
9                                                          TITRONICS RESEARCH &
                                                           DEVELOPMENT CO., INC., an Iowa
10                                                         corporation

11

12

13                           **ATTESTATION OF FILING**

14          Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this

15   document from the parties listed above.

16                                    /s/ Michael P. Connolly
                                      Michael P. Connolly
17

18

19

20

21

22

23

24

25

26

27

28

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

                                              4                    CASE NO.:  3:C10-CV-04958-JSW

                 JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT
                 CONFERENCE UNTIL AFTER MAY 17, 2011 MEDIATION; [PROPOSED] ORDER

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

     1.     The initial case management conference presently scheduled for May 6, 2011 at 1:30 p.m. shall be continued to July 15, 2011 at 1:30 p.m. [or _____, 2011 at 1:30 p.m.];

     2.     The parties shall submit a joint case management statement 5 days in advance of the date of the further case management conference; and

     3.     All deadlines related to the initial case management conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April ___18___, 2011

By: _____
Hon. Jeffrey S. White
United States District Judge

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

5

CASE NO.: 3:C10-CV-04958-JSW

JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE UNTIL AFTER MAY 17, 2011 MEDIATION; [PROPOSED] ORDER