Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
26135 Mureau Road, Suite 101
Calabasas, California 91302
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
E-mail: andres@qlglaw.com
      john@qlglaw.com

Attorneys for Defendants Brain Tunnelgenix Technologies Corp.,
Marcio Abreu, Joseph Titone, and Titronics Research & Development Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, a California corporation; FREDERICK L. WU, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRAIN TUNNELGENIX TECHNOLOGIES CORP. f/k/a ETERLINK INTERNATIONAL CORPORATION, a Delaware corporation; MARCIO AURELIO MARTINS ABREU a/k/a M. MARC ABREU, M.D., an individual; JOSEPH ROGER TITONE, an individual; TITRONICS RESEARCH & DEVELOPMENT CO., INC., an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 3:C10-CV-04958-JSW<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Dept.: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Action Filed: November 2, 2010<br>Trial Date: Not Set<br>Complaint filed: November 2, 2010<br>First Amended Complaint filed: January 13, 2011 |

Quintana Law Group, APC

Pursuant to Northern District Local Rule 16-2(d) and (e) and Rule 7-12, plaintiffs Data Mark, Inc. dba DeltaTrak Technologies and Frederick L. Wu (collectively, "Plaintiffs") and defendants Brain Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, Marcio Aurelio Martins Abreu a/k/a M. Marc Abreu, M.D., Joseph Roger Titone, and Titronics Research & Development Co., Inc. (collectively, "Defendants"), by and through their counsel of record, stipulate as follows:

## RECITALS

On February 22, 2011, Defendants filed motions to dismiss the First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) and, in the alternative, to transfer venue to the U.S. District Court for the District of Connecticut (the "Motions"). On April 14, 2011, this Court issued an Order vacating the April 15, 2011 motion hearing date and found that these motions are appropriate for disposition without oral argument. As of the date of this Stipulation, no decision on these jurisdictional motions has been entered by the Court.

On April 15, 2011, the parties filed a Joint Stipulation And Request to Continue Initial Case Management Conference from May 6, 2011 to July 15, 2011, in light of the pending Motions and because the parties had scheduled a mediation before the Hon. Beverly Hodgson (Ret.), in New Haven, Connecticut for May 17, 2011. On April 18, 2011, the Court issued an order continuing the Initial Case Management Conference to July 15, 2011 at 1:30 p.m.

On May 17, 2011, the mediation took place in New Haven, Connecticut. All parties and their respective counsel appeared at the mediation. No agreement was reached.

In the interest of saving time, expense and the Court's resources, the parties believe that a brief continuance of the initial case management conference and associated deadlines, including Rule 26(a) and (f) disclosures and conferences, is appropriate so that this Court can rule on the pending Motions.

Plaintiffs and Defendants therefore respectfully request that the Court grant a continuance of the July 15, 2011 Case Management Conference to September 2011, or any date thereafter that is convenient for the Court's calendar, by signing the Proposed Order filed herewith.

Lead counsel for Defendants, Andres Quintana, Esq., is unavailable between August 5 and

Quintana Law Group, APC

2

15 due to a pre-paid out-of-state trip with a terminally ill family member. Further, attorney Quintana is presently set for jury trial on August 17 (estimated length is 5 court days) and October 4 (estimated length is 4 court days). Lead counsel for Plaintiffs, Bradley Bowles, Esq., is unavailable between August 8 and September 2 due to a jury trial set for August 8 (estimated length is 3 weeks).

Thus, counsel for Plaintiffs and Defendants would respectfully request September 9, 16 or 23, 2011 for the Case Management Conference or any date thereafter that is convenient for the Court's calendar.

## STIPULATION

Based on the foregoing Recitals, Plaintiffs and Defendants agree and stipulate as follows:

1. The initial case management conference presently scheduled for July 15, 2011 at 1:30 p.m. shall, with the Court's approval, be continued to September 9, 16, 23, 2011 at 1:30 p.m. or any convenient date thereafter;

2. The parties shall submit a joint case management statement 5 days in advance of the date of the further case management conference; and

3. All deadlines related to the initial case management conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court.

IT SO STIPULATED.

Dated: June 23, 2011                    BOWLES & VERNA LLP


By: /s/ Michael P. Connolly
RICHARD T. BOWLES
BRADLEY R. BOWLES
MICHAEL P. CONNOLLY
Attorneys for Plaintiffs
DATA MARK, INC. dba DELTATRAK
TECHNOLOGIES, a California
corporation, FREDERICK L. WU, an
individual

Quintana Law Group, APC

3

| | |
|---|---|
| Dated: June 23, 2011 | QUINTANA LAW GROUP, APC |
| | By: /s/ Andres Quintana<br>ANDRES QUINTANA<br>JOHN HOUKOM<br>Attorneys for Defendants<br>BRAIN TUNNELGENIX<br>TECHNOLOGIES CORP. f/k/a<br>ETERLINK INTERNATIONAL<br>CORPORATION, a Delaware<br>corporation; MARCIO AURELIO<br>MARTINS ABREU a/k/a M. MARC<br>ABREU, M.D., an individual; JOSEPH<br>ROGER TITONE, an individual;<br>TITRONICS RESEARCH &<br>DEVELOPMENT CO., INC., an Iowa<br>corporation |

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Andres F. Quintana
Andres F. Quintana, Esq.

[PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

1. The initial case management conference presently scheduled for July 15, 2011 at 1:30 p.m. shall be continued to September 23, 2011 at 1:30 p.m.;

2. The parties shall submit a joint case management statement 5 days in advance of the date of the further case management conference; and

3. All deadlines related to the initial case management conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 27, 2011

By: *Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge