| | |
|---|---|
| 1 | RICHARD T. BOWLES (# 46234) |
| | BRADLEY R. BOWLES (# 202722) |
| 2 | MICHAEL P. CONNOLLY (# 238478) |
| | **BOWLES & VERNA LLP** |
| 3 | 2121 N. California Boulevard, Suite 875 |
| | Walnut Creek, California 94596 |
| 4 | Telephone: (925) 935-3300 |
| | Facsimile: (925) 935-0371 |
| 5 | Email: rbowles@bowlesverna.com |
| 6 | bbowles@bowlesverna.com |
| 7 | Attorneys for Plaintiffs DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, |
| 8 | a California corporation, FREDERICK L. WU, an individual |
| 9 | Andres F. Quintana (SBN 190525) |
| | John M. Houkom (SBN 203240) |
| 10 | **QUINTANA LAW GROUP** |
| | A Professional Law Corporation |
| 11 | 26135 Mureau Road, Suite 101 |
| | Calabasas, California 91302 |
| 12 | Telephone: (818) 914-2100 |
| 13 | Facsimile: (818) 914-2101 |
| | E-mail: andres@qlglaw.com |
| 14 | john@qlglaw.com |
| 15 | |
| | Attorneys for Defendants Brain Tunnelgenix Technologies Corp., |
| 16 | Marcio Abreu, Joseph Titone, and Titronics Research & Development Co., Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, a California corporation; FREDERICK L. WU, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BRAIN TUNNELGENIX TECHNOLOGIES CORP. f/k/a ETERLINK INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 3:C10-CV-04958-JSW <br><br> **JOINT STIPULATION AND REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND DEFENDANTS' RESPONSE DATE; [PROPOSED] ORDER** <br><br> Dept.: 11, 19th Floor <br> Judge: Hon. Jeffrey S. White <br><br> Action Filed: November 2, 2010 <br> Trial Date: Not Set <br> Complaint filed: November 2, 2010 <br> First Amended Complaint filed: January 13, 2011 |

Pursuant to Northern District Local Rule 16-2(d) and (e) and Rule 7-12, plaintiffs Data Mark, Inc. dba DeltaTrak Technologies and Frederick L. Wu (collectively, "Plaintiffs") and defendants Brain Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, Marcio Aurelio Martins Abreu a/k/a M. Marc Abreu, M.D., Joseph Roger Titone, and Titronics Research & Development Co., Inc. (collectively, "Defendants"), by and through their counsel of record, stipulate as follows:

## RECITALS

On April 15, 2011, the parties filed a Joint Stipulation And Request to Continue Initial Case Management Conference from May 6, 2011 to July 15, 2011, in light of the pending Motions and because the parties had scheduled a mediation before the Hon. Beverly Hodgson (Ret.), in New Haven, Connecticut for May 17, 2011. On April 18, 2011, the Court issued an order continuing the Initial Case Management Conference to July 15, 2011 at 1:30 p.m.

On May 17, 2011, the mediation took place in New Haven, Connecticut. All parties and their respective counsel appeared at the mediation.

Although no settlement of this case was reached at the May 17th mediation, the parties continued to discuss the possibility of resolving this case informally rather than proceeding further into litigation.

On June 23, 2011, the parties filed another Joint Stipulation And Request to Continue Initial Case Management Conference from July 15, 2011 to September 23, 2011, in light of the then-pending jurisdictional motions and on-going settlement discussions between the parties. On June 27, 2011, the Court issued an order continuing the Initial Case Management Conference to September 23, 2011 at 1:30 p.m.

On August 18, 2011, the Court issued an order denying the Defendants' jurisdictional motions.

With respect to the settlement posture, the parties have exchanged drafts of a proposed confidential settlement agreement and release and expect to conduct further settlement discussions and exchange further drafts of a proposed agreement. Given the number of parties and comprehensive issues that need to be addressed and confirmed in a written agreement in order to

Quintana Law Group, APC

achieve a global resolution of this case, the parties believe that at least another sixty (60) days are needed.

In the interest of saving time, expense and the Court's resources, the parties believe that a brief, further continuance of the initial case management conference and associated deadlines, including Rule 26(a) and (f) disclosures and conferences, as well as the continuance of the responsive date of the Defendants, is appropriate.

Plaintiffs and Defendants therefore respectfully request that the Court grant a continuance of the September 23, 2011 Case Management Conference to December 2, 2011, or any date thereafter that is convenient for the Court's calendar, by signing the Proposed Order filed herewith. The Defendants further request that the Court approve the extension of the date for them to file and serve their responsive pleading to the First Amended Complaint to November 1, 2011. The Plaintiffs have stipulated to this extension, subject to this Court's approval.

Lead counsel for Defendants, Andres Quintana, Esq., is unavailable on December 23 and 30 due to an out-of-state trip.

Thus, counsel for Plaintiffs and Defendants would respectfully request December 2, 2011 for the Case Management Conference or any date thereafter that is convenient for the Court's calendar.

## STIPULATION

Based on the foregoing Recitals, Plaintiffs and Defendants agree and stipulate as follows:

1. The initial case management conference presently scheduled for September 23, 2011 at 1:30 p.m. shall, with the Court's approval, be continued to December 2, 2011 at 1:30 p.m. or any convenient date thereafter;

2. The parties shall submit a joint case management statement 5 days in advance of the date of the further case management conference;

3. All deadlines related to the initial case management conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court; and

4. The Defendants shall have up to and through November 1, 2011 to file their responsive pleading to the Plaintiffs' First Amended Complaint.

IT SO STIPULATED.

Dated: August 29, 2011                    BOWLES & VERNA LLP


By: /s/ Michael P. Connolly
RICHARD T. BOWLES
BRADLEY R. BOWLES
MICHAEL P. CONNOLLY
Attorneys for Plaintiffs
DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, a California corporation, FREDERICK L. WU, an individual

Dated: August 29, 2011                    QUINTANA LAW GROUP, APC


By: /s/ Andres Quintana
ANDRES QUINTANA
JOHN HOUKOM
Attorneys for Defendants
BRAIN TUNNELGENIX TECHNOLOGIES CORP. f/k/a ETERLINK INTERNATIONAL CORPORATION, a Delaware corporation; MARCIO AURELIO MARTINS ABREU a/k/a M. MARC ABREU, M.D., an individual; JOSEPH ROGER TITONE, an individual; TITRONICS RESEARCH & DEVELOPMENT CO., INC., an Iowa corporation

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Andres F. Quintana
Andres F. Quintana, Esq.

## [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

1. The initial case management conference presently scheduled for September 23, 2011 at 1:30 p.m. shall be continued to December 2, 2011 at 1:30 p.m.;

2. The parties shall submit a joint case management statement 5 days in advance of the date of the further case management conference;

3. All deadlines related to the initial case management conference date, including Rule 26(a) and (f) disclosures and conferences, shall be reset to coordinate with the new initial case management conference date set by the Court;

4. The Defendants have up to and through November 1, 2011 to file and serve their responsive pleading to the Plaintiffs' First Amended Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 30, 2011

By: _/s/ Jeffrey S. White_
Hon. Jeffery S. White
United States District Judge