1  RICHARD T. BOWLES (# 46234)
   BRADLEY R. BOWLES (# 202722)
2  MICHAEL P. CONNOLLY (# 238478)
   **BOWLES & VERNA LLP**
3  2121 N. California Boulevard, Suite 875
   Walnut Creek, California  94596
4  Telephone:  (925) 935-3300
   Facsimile:  (925) 935-0371
5  Email:  rbowles@bowlesverna.com
6          bbowles@bowlesverna.com

7  Attorneys for Plaintiffs DATA MARK, INC. dba DELTATRAK TECHNOLOGIES,
8  a California corporation, FREDERICK L. WU, an individual

9  Andres F. Quintana (SBN 190525)
   John M. Houkom (SBN 203240)
10 **QUINTANA LAW GROUP**
   A Professional Law Corporation
11 26135 Mureau Road, Suite 101
   Calabasas, California 91302
12 Telephone:  (818) 914-2100
13 Facsimile:  (818) 914-2101
   E-mail: andres@qlglaw.com
14        john@qlglaw.com

15 Attorneys for Defendants Brain Tunnelgenix Technologies Corp.,
16 Marcio Abreu, Joseph Titone, and Titronics Research & Development Co., Inc.

17            **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19 DATA MARK, INC. dba DELTATRAK          )  CASE NO.   3:C10-CV-04958-JSW
   TECHNOLOGIES, a California corporation; )
20 FREDERICK L. WU, an individual,        )  **JOINT STIPULATION AND REQUEST**
                                          )  **TO CONTINUE DEFENDANTS'**
21                                        )  **RESPONSE DATE; [PROPOSED]**
             Plaintiffs,                  )  **ORDER**
22    vs.                                 )
                                          )
23 BRAIN TUNNELGENIX TECHNOLOGIES         )  Dept.: 11, 19th Floor
   CORP. f/k/a ETERLINK INTERNATIONAL     )  Judge: Hon. Jeffrey S. White
24 CORPORATION, et al.,                   )
                                          )  Action Filed: November 2, 2010
25           Defendants.                  )  Trial Date: Not Set
                                          )  Complaint filed:  November 2, 2010
26                                        )  First Amended Complaint filed: January 13,
                                          )  2011
27                                        )
                                          )
28 _____   )

Quintana Law
Group, APC

Pursuant to Northern District Local Rule 7-12, plaintiffs Data Mark, Inc. dba DeltaTrak Technologies and Frederick L. Wu (collectively, "Plaintiffs") and defendants Brain Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, Marcio Aurelio Martins Abreu a/k/a M. Marc Abreu, M.D., Joseph Roger Titone, and Titronics Research & Development Co., Inc. (collectively, "Defendants"), by and through their counsel of record, stipulate as follows:

**RECITALS**

On April 15, 2011, the parties filed a Joint Stipulation And Request to Continue Initial Case Management Conference from May 6, 2011 to July 15, 2011, in light of the pending Motions and because the parties had scheduled a mediation before the Hon. Beverly Hodgson (Ret.), in New Haven, Connecticut for May 17, 2011. On April 18, 2011, the Court issued an order continuing the Initial Case Management Conference to July 15, 2011 at 1:30 p.m.

On May 17, 2011, the mediation took place in New Haven, Connecticut. All parties and their respective counsel appeared at the mediation.

Although no settlement of this case was reached at the May 17th mediation, the parties continued to discuss the possibility of resolving this case informally rather than proceeding further into litigation.

On June 23, 2011, the parties filed another Joint Stipulation And Request to Continue Initial Case Management Conference from July 15, 2011 to September 23, 2011, in light of the then-pending jurisdictional motions and on-going settlement discussions between the parties. On June 27, 2011, the Court issued an order continuing the Initial Case Management Conference to September 23, 2011 at 1:30 p.m.

On August 18, 2011, the Court issued an order denying the Defendants' jurisdictional motions. During this time, the parties continued to negotiate a potentially global settlement of this case.

On August 29, 2011, the parties filed another Joint Stipulation And Request to Continue Initial Case Management Conference from September 23, 2011 to December 2, 2011, in light of the on-going settlement discussions between the parties. On August 30, 2011, the Court issued an order continuing the Initial Case Management Conference to September 23, 2011 at 1:30 p.m.

Quintana Law
Group, APC

2

1    The court further extended the time for Defendants to respond to the First Amended Complaint to

2    November 1, 2011.

3         With respect to the settlement posture, the parties exchanged various drafts of a proposed

4    confidential settlement agreement and release between August and October 2011, and believe they

5    are fairly close to resolving this case informally.   Currently, the parties are finalizing the

6    settlement document and working through the proposed attachment to same.   The parties believe

7    that a final resolution of this case may be had by November 7, 2011.

8         In the interest of saving potential time and expense, the Defendants request an extension of

9    time from November 1, 2011 to November 8, 2011, to file and serve their responsive pleading to

10   the First Amended Complaint. The parties believe that a brief, one-week continuance of the

11   responsive date of the Defendants is appropriate.

12        With the Plaintiffs' consent, the Defendants further request that the Court approve the

13   extension of the date for them to file and serve their responsive pleading to the First Amended

14   Complaint from November 1, 2011 to November 8, 2011. The Plaintiffs have stipulated to this

15   extension, subject to this Court's approval.

16        This Stipulation does not affect the Court's Case Management Conference date of

17   December 2, 2011 or other pre-conference dates.

18                                          **STIPULATION**

19        Based on the foregoing Recitals, Plaintiffs and Defendants agree and stipulate as follows:

20        1.    The Defendants shall have up to and through November 8, 2011 to file and serve

21   their responsive pleading to the Plaintiffs' First Amended Complaint.

22        IT SO STIPULATED.

23   Dated: October 31, 2011                     BOWLES & VERNA LLP

24                                      By:   /s/ Michael P. Connolly
                                             RICHARD T. BOWLES
25                                           BRADLEY R. BOWLES
                                             MICHAEL P. CONNOLLY
26                                           Attorneys for Plaintiffs
                                             DATA MARK, INC. dba DELTATRAK
27                                           TECHNOLOGIES, a California
                                             corporation, FREDERICK L. WU, an
28                                           individual

Dated:  October 31, 2011                         QUINTANA LAW GROUP, APC


                                        By:   /s/ Andres Quintana
                                              ANDRES QUINTANA
                                              JOHN HOUKOM
                                              Attorneys for Defendants
                                              BRAIN TUNNELGENIX
                                              TECHNOLOGIES CORP. f/k/a
                                              ETERLINK INTERNATIONAL
                                              CORPORATION, a Delaware
                                              corporation; MARCIO AURELIO
                                              MARTINS ABREU a/k/a M. MARC
                                              ABREU, M.D., an individual; JOSEPH
                                              ROGER TITONE, an individual;
                                              TITRONICS RESEARCH &
                                              DEVELOPMENT CO., INC., an Iowa
                                              corporation

## ATTESTATION OF FILING

Pursuant to General Order 45.X.B, I attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/ Andres F. Quintana
Andres F. Quintana, Esq.

Quintana Law
Group, APC

1

<u>[PROPOSED] ORDER</u>

2    PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT:

3        1.     The Defendants have up to and through November 8, 2011 to file and serve their

4    responsive pleading to the Plaintiffs' First Amended Complaint.

5    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7    Dated: _____November 1_____, 2011

8

9                         By: _____

10                            Hon. Jeffery S. White
                              United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28