1  RICHARD T. BOWLES (# 46234)
   BRADLEY R. BOWLES (# 202722)
2  MICHAEL P. CONNOLLY (# 238478)
   BOWLES & VERNA LLP
3  2121 N. California Boulevard, Suite 875
   Walnut Creek, California 94596
4  Telephone: (925) 935-3300
   Facsimile: (925) 935-0371
5  Email: rbowles@bowlesverna.com
          bbowles@bowlesverna.com
6
   Attorneys for Plaintiffs
7  DATA MARK, INC. dba DELTATRAK TECHNOLOGIES,
   a California corporation, FREDERICK L. WU, an individual
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | DATA MARK, INC. dba DELTATRAK         | **CASE NO.: 3:C10-CV-04958-JSW**
   | TECHNOLOGIES, a California corporation; |
13 | FREDERICK L. WU, an individual,       | **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [~~PROPOSED~~] ORDER**
14 |             Plaintiffs,               |
15 |               vs.                     | Dept.: 11, 19th Floor
                                            | Judge: Hon. Jeffrey S. White
16 | BRAIN TUNNELGENIX TECHNOLOGIES         |
   | CORP. f/k/a ETERLINK INTERNATIONAL     | Action Filed: November 2, 2010
17 | CORPORATION, a Delaware corporation;   | Trial Date: Not Set
   | MARCIO AURELIO MARTINS ABREU a/k/a M.  |
18 | MARC ABREU, M.D., an individual; JOSEPH |
   | ROGER TITONE, an individual; TITRONICS |
19 | RESEARCH & DEVELOPMENT CO., INC., an   |
   | Iowa corporation; and DOES 1 through 100, |
20 | inclusive,                             |
21 |             Defendants.                |

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1

Case No.: 3:C10-CV-04958-JSW

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [~~PROPOSED~~] ORDER

# STIPULATION OF DISMISSAL

Following settlement of this matter, Plaintiffs Data Mark, Inc. dba Deltatrak Technologies and Frederick L. Wu, by and through their counsel of record, and Defendants Brain Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, Marcio Aurelio Martins Abreu a/k/a M. Marc Abreu, M.D., Joseph Roger Titone, and Titronics Research & Development Co., Inc., by and through their counsel of record, hereby stipulate and agree that this action, and all claims asserted therein, are hereby dismissed with prejudice. Each side is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 16, 2011              BOWLES & VERNA LLP

                                      By:   /s/ Michael P. Connolly
                                            RICHARD T. BOWLES
                                            BRADLEY R. BOWLES
                                            MICHAEL P. CONNOLLY
                                            Attorneys for Plaintiffs
                                            DATA MARK, INC. dba DELTATRAK
                                            TECHNOLOGIES, a California
                                            corporation, FREDERICK L. WU, an
                                            individual


Dated: November 16, 2011              QUINTANA LAW GROUP, APC

                                      By:   /s/ Andres Quintana
                                            ANDRES QUINTANA
                                            JOHN HOUKOM
                                            Attorneys for Defendants
                                            BRAIN TUNNELGENIX
                                            TECHNOLOGIES CORP. f/k/a
                                            ETERLINK INTERNATIONAL
                                            CORPORATION, a Delaware
                                            corporation; MARCIO AURELIO
                                            MARTINS ABREU a/k/a M. MARC
                                            ABREU, M.D., an individual; JOSEPH
                                            ROGER TITONE, an individual;
                                            TITRONICS RESEARCH &
                                            DEVELOPMENT CO., INC., an Iowa
                                            corporation

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2                                              Case No.: 3:C10-CV-04958-JSW
STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for good cause shown **IT IS HEREBY ORDERED** that this action, Case No. 3:C10-CV-04958-JSW, and all claims asserted therein, is dismissed with prejudice. **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 28, 2011

By: /s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Judge

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

3

Case No.: 3:C10-CV-04958-JSW

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [PROPOSED] ORDER