1  RICHARD T. BOWLES (# 46234)
   BRADLEY R. BOWLES (# 202722)
2  MICHAEL P. CONNOLLY (# 238478)
   BOWLES & VERNA LLP
3  2121 N. California Boulevard, Suite 875
   Walnut Creek, California 94596
4  Telephone: (925) 935-3300
   Facsimile: (925) 935-0371
5  Email: rbowles@bowlesverna.com
          bbowles@bowlesverna.com
6
   Attorneys for Plaintiffs
7  DATA MARK, INC. dba DELTATRAK TECHNOLOGIES,
   a California corporation, FREDERICK L. WU, an individual
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | DATA MARK, INC. dba DELTATRAK TECHNOLOGIES, a California corporation; FREDERICK L. WU, an individual, | **CASE NO.: 3:C10-CV-04958-JSW** |
|---|---|---|
| 13 | | **STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [PROPOSED] ORDER** |
| 14 | Plaintiffs, | |
| 15 | vs. | Dept.: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |
| 16 | BRAIN TUNNELGENIX TECHNOLOGIES CORP. f/k/a ETERLINK INTERNATIONAL CORPORATION, a Delaware corporation; MARCIO AURELIO MARTINS ABREU a/k/a M. MARC ABREU, M.D., an individual; JOSEPH ROGER TITONE, an individual; TITRONICS RESEARCH & DEVELOPMENT CO., INC., an Iowa corporation; and DOES 1 through 100, inclusive, | Action Filed: November 2, 2010<br>Trial Date: Not Set |
| 21 | Defendants. | |

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1                                                    Case No.: 3:C10-CV-04958-JSW
STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [PROPOSED] ORDER

## STIPULATION OF DISMISSAL

Following settlement of this matter, Plaintiffs Data Mark, Inc. dba Deltatrak Technologies and Frederick L. Wu, by and through their counsel of record, and Defendants Brain Tunnelgenix Technologies Corp. f/k/a Eterlink International Corporation, Marcio Aurelio Martins Abreu a/k/a M. Marc Abreu, M.D., Joseph Roger Titone, and Titronics Research & Development Co., Inc., by and through their counsel of record, hereby stipulate and agree that this action, and all claims asserted therein, are hereby dismissed with prejudice. Each side is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 16, 2011         BOWLES & VERNA LLP

By:  /s/ Michael P. Connolly
RICHARD T. BOWLES
BRADLEY R. BOWLES
MICHAEL P. CONNOLLY
Attorneys for Plaintiffs
DATA MARK, INC. dba DELTATRAK
TECHNOLOGIES, a California
corporation, FREDERICK L. WU, an
individual

Dated: November 16, 2011         QUINTANA LAW GROUP, APC

By:  /s/ Andres Quintana
ANDRES QUINTANA
JOHN HOUKOM
Attorneys for Defendants
BRAIN TUNNELGENIX
TECHNOLOGIES CORP. f/k/a
ETERLINK INTERNATIONAL
CORPORATION, a Delaware
corporation; MARCIO AURELIO
MARTINS ABREU a/k/a M. MARC
ABREU, M.D., an individual; JOSEPH
ROGER TITONE, an individual;
TITRONICS RESEARCH &
DEVELOPMENT CO., INC., an Iowa
corporation

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2    Case No.: 3:C10-CV-04958-JSW
STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [PROPOSED] ORDER

1  **[PROPOSED] ORDER**

2  Based on the stipulation of the parties and for good cause shown **IT IS HEREBY ORDERED**
3  that this action, Case No. 3:C10-CV-04958-JSW, and all claims asserted therein, is dismissed with
4  prejudice.  **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees
5  and costs in this matter.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  Dated: November __28__, 2011

10  By: ___*Jeffrey S. White*___
11  Hon. Jeffrey S. White
    United States District Judge

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

3

Case No.:  3:C10-CV-04958-JSW

STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1) AND [PROPOSED] ORDER